IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 5:10-cr-82 |
| GERARD DEPTULA, ) | |
| Defendant. ) | |

**MOTION TO SEAL EXHIBITS**

The United States hereby moves to seal Exhibits A and C of the accompanying Government's Opposition to Motion Under 28 U.S.C. §2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. The content of Exhibit A contains testimony of the Defendant in removal proceedings. Exhibit C contains identifying information of the Defendant. Sealing is necessary to protect the confidentiality of the defendant.

Dated at Burlington, in the District of Vermont, this 20th day of April, 2016.

Respectfully submitted,

UNITED STATES OF AMERICA

ERIC S. MILLER
United States Attorney

By:   /s/ *Eugenia A.P. Cowles*
Eugenia A.P. Cowles
First Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725